UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| CHEZ ADAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 20-CV-2574 |
| | ) |
| WAYPOINT RESOURCE GROUP, LLC, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331 and 1446, Defendant Waypoint Resource Group, LLC ("Waypoint"), by and through the undersigned counsel, gives notice of its removal of this action, captioned *Chez Adam v. Waypoint Resource Group, LLC*, bearing case number 2020-CV-000276, from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.  In support of this Notice of Removal, Waypoint states the following:

**Background**

1. On or about April 29, 2020, Plaintiff Chez Adam ("Plaintiff") filed a lawsuit against Waypoint in the District Court of Wyandotte County, State of Kansas, Case No. 2020-CV-000276 ("the State Court Action").

2. Waypoint received the Complaint through service of process on October 22, 2020.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Waypoint is attached as **Exhibit 1**.

4. Pursuant to Local Rule 81.2, a copy of the state court docket and all documents filed in the state court action is attached as **Exhibit 2**.

**Jurisdiction And Venue**

5. In the State Court Action, the Complaint purports to assert a single claim against Waypoint under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"). *See* Complaint, ¶¶ 48-9.

6. The State Court Action may be removed to this Court if it is one "of which the district courts of the United States have original jurisdiction." 28 U.S.C. §1441(a).

7. Federal district courts have original jurisdiction over all civil actions "arising under" the Constitution, laws, or treaties of the United States. 28 U.S.C. §§1331; 1441(a).

8. Thus, this action "arises under" the laws of the United States, satisfying the requirements for federal question jurisdiction.

9. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1446(a), and Local Rule 81.1 because the District Court of Wyandotte County, Kansas, where this action was filed, is a state court within the District of Kansas and within the Kansas City Division.

**Removal Is Timely**

10. In accordance with 28 U.S.C. §1446(b)(1), this notice is filed within 30 days from the date when Waypoint was served.

**The Other Removal Requirements Are Met**

11. In accordance with 28 U.S.C. §1446(d), Waypoint will contemporaneously file a copy of this notice in the District Court of Wyandotte County, Kansas.

12. In accordance with 28 U.S.C. §1446(d), Waypoint contemporaneously serves Plaintiff with a copy of this Notice.

13. By filing this Notice of Removal, Waypoint does not waive any defenses which may be available to it.

14. If any questions arise regarding the propriety of removal of this action, Waypoint respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

15. For all of the foregoing reasons, this Court has original jurisdiction over this lawsuit.

WHEREFORE, Defendant Waypoint Resource Group, LLC prays that all further proceedings in this civil action be conducted in the United States District Court of Kansas, Kansas City Division.

Respectfully submitted,

**THOMPSON COBURN LLP**

By */s/ Matthew D. Guletz*
    Matthew D. Guletz, KS - 78264
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    mguletz@thompsoncoburn.com

Attorney for Defendant
Waypoint Resource Group, LLC

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Removal has been served electronically via the ECF system and mailed, first class mail postage prepaid, this 12th day of November, 2020 to:

Ryan M. Callahan
Callahan Law Firm, LLC
222 W. Gregory Blvd., Suite 210
Kansas City, MO 64114-1138

*Attorneys for Plaintiff*

                                              */s/ Matthew D. Guletz*